IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 92-cr-00273-RPM-1
Civil Action No. 12-cv-00755-RPM

UNITED STATES OF AMERICA,

v.

1. EDWARD L. GATES,

    Movant.

## JUDGMENT

Pursuant to and in accordance with the ORDER DENYING 28 U.S.C. § 2255 MOTION entered by the Honorable Richard P. Matsch on April 3, 2012, the following Judgment is hereby entered.

1. Defendant Gates' Motion to Vacate filed under 28 U.S.C. § 2255 is DENIED WITH PREJUDICE.

2. That leave to proceed in forma pauperis on appeal is DENIED.

3. That no certificate of appealability will issue because Movant has not made a substantial showing of the denial of a constitutional right.

4. That the corresponding civil action is dismissed.

Dated at Denver, Colorado this   3rd   day of April, 2012.

                        FOR THE COURT:

                        GREGORY C. LANGHAM, CLERK

                        By: s/ Edward P. Butler
                            Edward P. Butler, Deputy Clerk